# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Satterfield & Pontikes Construction, Inc. ) | ASBCA No. 59748 |
| ) | |
| Under Contract No. W9126G-11-C-0024 ) | |

APPEARANCES FOR THE APPELLANT:
Douglas L. Patin, Esq.
Kyle C. Hankey, Esq.
  Bradley Arant Boult Cummings LLP
  Washington, DC

Brad C. Parrott, Esq.
C. Damon Gunnels, Esq.
  Hudson Parrott Walker, LLC
  Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:
Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Charles L. Webster III, Esq.
Cindy E. Shimokusu, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Fort Worth

## ORDER OF DISMISSAL

Following a successful mediation on 25-27 May 2017 in San Antonio, Texas, the dispute underlying this appeal was settled. The parties were allowed the necessary time to fulfill the requirements of the settlement agreement. In accordance with appellant's correspondence of 26 September 2017, which states that the "parties have conferred and respectively agree" to dismissal of the appeal, this appeal is dismissed with prejudice.

Dated: 27 September 2017

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59748, Appeal of Satterfield & Pontikes Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2